1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO.  1:10-CR-00074-JLT-SKO

12                         Plaintiff,     STIPULATION FOR STATUS CONFERENCE
                                          HEARING DATE; ORDER THEREON
13              v.
                                          PROPOSED HEARING DATE: May 22, 2024
14 SEAN HUNT,                             TIME: 2:00 p.m..
                                          COURT: Hon. Sheila K. Oberto
15                         Defendant.

16

17        This case is currently set for a status conference on April 12, 2024.  The defendant is facing

18 charges related to supervised release violations.  The probation office seized an unauthorized phone

19 from the defendant and has done a preliminary review of that device.  The review suggests that the

20 defendant might be amenable to a third prosecution related to possession or receipt of material involving

21 the sexual exploitation of minors.  Because venue for any new case likely would be in the Northern

22 District of California, the parties need additional time to determine how best to proceed with the current

23 violation petition pending in this case.

24        Accordingly, Plaintiff United States of America, by and through its counsel of record, and

25 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

26        1.     By previous order, this matter has been scheduled for a status conference on April 12,

27 2024.  Since that date was set, the probation office has determined that there might be a basis for a new

28 federal criminal case in addition to the pending charges for violation of supervised release.

                                          1

1      2.        By this stipulation, the parties have agreed to a new status conference date of May 22,

2  2024.  The parties also agree that the status conference scheduled for April 12, 2024, is not necessary,

3  and the parties request that that hearing be vacated.

4      3.        Based on this stipulation, the parties request that the Court issue the attached proposed

5  order.

6  IT IS SO STIPULATED.

7

8  Dated:  April 4, 2024                      PHILLIP A. TALBERT
                                        United States Attorney

9

10                                /s/ David Gappa
                                DAVID L. GAPPA

11                                Assistant United States Attorney

12

13  Dated:  April 4, 2024                      /s/ Melissa Baloian
                                Melissa Baloian

14                                Counsel for Defendant
                                SEAN HUNT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SEAN HUNT,<br><br>                              Defendant. | CASE NO.  1:10-CR-00074-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>HEARING DATE: May 22, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on April 4, 2024, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the supervised release status conference hearing, currently noticed for April 12, 2024, before Magistrate Judge Sheila K. Oberto, in this case is rescheduled to May 22, 2024, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **April 5, 2024**                    /s/ _Erica P. Grosjean_
                                            UNITED STATES MAGISTRATE JUDGE