PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00074-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION FOR STATUS CONFERENCE HEARING DATE; ORDER |
| v. | |
| SEAN HUNT, | PROPOSED HEARING DATE: October 9, 2024<br>TIME: 1:00 p.m..<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

This case is currently set for a status conference on August 28, 2024. The defendant is facing charges related to supervised release violations. The probation office seized an unauthorized phone and other electronic devices from the defendant and did a preliminary review of those items. The devices were turned over to an agent with Homeland Security Investigations, and a more extensive review suggests that the defendant will be amenable to a third prosecution related to possession or receipt of material involving the sexual exploitation of minors. Because venue for any new case would be in the Northern District of California, the parties need additional time to learn whether a new indictment is filed and then to determine how best to proceed with the pending violation petition. The most recent projected timeline for relevant decisions is approximately mid-late September 2024.

Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter has been scheduled for a status conference on August 28,

2024. Additional time is needed for the parties to learn whether the defendant will face any new charge(s) in the Northern District of California.

      2.      By this stipulation, the parties have agreed to a new status conference date of October 9, 2024. The parties also agree that the status conference scheduled for August 28, 2024, is not necessary, and the parties request that that hearing be vacated.

      3.      Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated: August 22, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ David Gappa
DAVID L. GAPPA
Assistant United States Attorney

Dated: August 22, 2024

/s/ MELISSA BALOIAN
MELISSA BALOIAN
Counsel for Defendant
SEAN HUNT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SEAN HUNT,<br><br>　　　　　　　Defendant. | CASE NO.  1:10-CR-00074-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>PROPOSED HEARING DATE: October 9, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**FINDINGS AND ORDER**

　　　The court has reviewed and considered the stipulation filed by the parties on August 22, 2024, and also reviewed the record of this case.

　　　IT IS HEREBY ORDERED that the supervised release status conference hearing in this case is continued from August 28, 2024 to **October 9, 2024, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

　　Dated:　**August 23, 2024**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE