MICHELE BECKWITH
Acting United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00074-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION FOR STATUS CONFERENCE HEARING DATE; ORDER |
| v. | PROPOSED HEARING DATE: April 23, 2025 |
| SEAN HUNT, | TIME: 2:00 p.m.. |
| Defendant. | COURT: Hon. Stanley A. Boone |

This case is currently set for a status conference on March 26, 2025. The defendant is facing charges related to supervised release violations. The probation office seized an unauthorized phone and other electronic devices from the defendant in the Northern District of California (NDCA) and did a preliminary review of those items. The devices were turned over to an agent with Homeland Security Investigations, and a more extensive review led to a new indictment for possession of material involving the sexual exploitation of minors. Venue for the new case is in the NDCA. There is a possibility that the current indictment might be superseded with a more serious charge, and there is also a possibility that the new case might be transferred to the Eastern District of California (EDCA) for resolution. In order to finalize decisions on those issues, the parties would benefit from an additional continuance. The parties hope and believe that four weeks will be sufficient time to determine the best path forward for this supervised release violation and any case originating in the NDCA.

1

Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter has been scheduled for a status conference in the EDCA for March 26, 2025. Additional time is needed for the parties to learn whether the defendant will face any new charge(s) in the Northern District of California in addition to an indictment that was recently filed there. Even without any additional charge(s) in the NDCA, the parties will need time for the defendant to decide how he wishes to resolve his pending cases.

2. By this stipulation, the parties have agreed to a new status conference date of April 23, 2025. The parties also agree that the status conference scheduled for March 26, is not necessary, and the parties request that that hearing be vacated.

3. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated: March 19, 2025                                MICHELE BECKWITH
                                                     Acting United States Attorney

                                                     /s/ David Gappa
                                                     DAVID L. GAPPA
                                                     Assistant United States Attorney


Dated: March 19, 2025                                /s/ MELISSA BALOIAN
                                                     MELISSA BALOIAN
                                                     Counsel for Defendant
                                                     SEAN HUNT

2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>              v.<br><br>SEAN HUNT,<br><br>                      Defendant. | CASE NO. 1:10-CR-00074-JLT-SKO<br><br>FINDINGS AND ORDER<br><br>HEARING DATE: April 23, 2025<br>TIME: 2:00 p.m..<br>COURT: Hon. Stanley A. Boone |

**FINDINGS AND ORDER**

     The court has reviewed and considered the stipulation filed by the parties on March 20, 2025, and also reviewed the record of this case.

     IT IS HEREBY ORDERED that the supervised release status conference hearing in this case is rescheduled to April 23, 2025, at 2:00 p.m. before the Duty Magistrate Judge. The status conference currently scheduled for March 26, 2025, is vacated.

IT IS SO ORDERED.

Dated:  **March 20, 2025**         /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE