**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street. Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant SEAN MICHAEL HUNT.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:10-CR-00074-JLT |
| ) | |
| Plaintiff, ) | **MOTION TO WITHDRAW AS COUNSEL** |
| vs. ) | **OF RECORD AND APPOINT CJA** |
| ) | **COUNSEL; ORDER** |
| SEAN MICHAEL HUNT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Melissa Baloian, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent SEAN MICHAEL HUNT.  As grounds she states:

1. Melissa Baloian was appointed to represent defendant on March 20, 2024.
2. At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.
3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court and consequently must close her law practice.
4. Defendant Sean Hunt is still in need of counsel.  The Federal Defender's Office has contacted Jarret Cline, who is available to assume representation.  His contact

information is:  P. Jarret Cline, Attorney at Law, 2445 Capitol Street, Suite 215, Fresno, CA 93721, 559-488-9925, Jarret@559law.com.

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and new counsel, Jarret Cline, be appointed.  Undersigned counsel requests that she be removed from the service list.

Dated:  June 11, 2025                                   Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Melissa Baloian*
　　　　　　　　　　　　　　　　　　　　　　　Melissa Baloian
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Sean Michael Hunt


### ORDER

Attorney Melissa Baloian's motion to withdraw as counsel is hereby GRANTED and her name should be removed from the service list.  Attorney Jarret Cline is hereby appointed as counsel *nunc pro tunc*.

IT IS SO ORDERED.

　　Dated:   **June 12, 2025**　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE