P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email: Jarrett@559law.com

Attorney for Defendant
Sean Hunt

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00074 |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| SEAN HUNT, | DATE: July 23, 2025 |
| Defendant. | TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on July 23, 2025. The parties agree and stipulate to continue the status conference until September 16, 2025, to accommodate the trial schedule of counsel, to review documents with client, have further communication with previous counsel, and contact counsel in the Northern District of California.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on July 23, 2025.

2. By this stipulation, defendant now moves to continue the status conference until **September 16, 2025, at 2:00 p.m.**

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated: July 18, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID GAPPA
DAVID GAPPA
Assistant United States Attorney

Dated: July 18, 2025

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
PABLO RIVERA

## ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for July 23, 2025 at 2:00 p.m. is continued to September 16, 2025 at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **July 18, 2025**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE