1  ERIC GRANT
   United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00074-JLT-SKO
12 |             Plaintiff,    | STIPULATION FOR STATUS CONFERENCE
                               | HEARING DATE; ORDER
13 |        v.                 |
                               | PROPOSED HEARING DATE: November 17, 2025
14 | SEAN HUNT,                | TIME: 2:00 p.m..
15 |             Defendant.    |

16

17      This case is currently set for a status conference on September 16, 2025.  The defendant is facing

18 charges related to supervised release violations.  The probation office seized an unauthorized phone and

19 other electronic devices from the defendant and did a preliminary review of those items.  The devices

20 were turned over to an agent with Homeland Security Investigations, and an indictment in the NDCA

21 has been filed.  The parties have begun, but need to complete, the process to transfer that case to the

22 EDCA for resolution along with the supervised release violation currently pending in the EDCA.  This

23 has required coordination between defense counsel in both districts.

24      Accordingly, Plaintiff United States of America, by and through its counsel of record, and

25 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

26      1.    By previous order, this matter has been scheduled for a status conference on September 4,

27 2025.  Additional time is needed for the parties to complete the Rule 20 transfer and complete reviewing

28 additional discovery that has been provided.

1

2. Counsel for the United States is currently preparing for a trial and has filings due on September 2, 2025, and does not object to the additional time for defense review of discovery and transfer of the NDCA case to the EDCA.

3. By this stipulation, the parties have agreed to a new status conference date of November 17, 2025. The parties also agree that the status conference scheduled for September 16, 2025, is not necessary, and the parties request that that hearing be vacated.

4. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated:  September 2, 2025                                    ERIC GRANT
                                                             United States Attorney

                                                             /s/ David Gappa
                                                             DAVID L. GAPPA
                                                             Assistant United States Attorney


Dated:  September 2, 2025                                    /s/ P. Jarrett Cline
                                                             P. Jarrett Cline
                                                             Counsel for Defendant
                                                             SEAN HUNT

2

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on September 2, 2025, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the supervised release status conference hearing in this case on September 16, 2025 is continued to November 17, 2025, at 2:00 p.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **September 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3