P. Jarrett Cline, SB 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, California 93721
Telephone: (559) 617-4444
Email: Jarrett@559law.com

Attorney for Defendant
Sean Hunt

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SEAN MICHAEL HUNT,<br><br>Defendant. | **CASE NO. 1:10 CR 00074**<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF P. JARRETT CLINE AS ATTORNEY OF RECORD AND ORDER** |

On 6/12/25, CJA Panel Attorney P. Jarrett Cline was appointed as counsel to represent Mr. Hunt in his supervised release violation case. Mr. Hunt was sentenced on September 8, 2026. The time for filing a direct appeal was September 22, 2026. No direct appeal was filed. Mr. Hunt was in custody at the time of sentencing. The supervised release violation phase of Mr. Hunt's case has come to an end. Having completed his representation of Mr. Hunt, CJA Attorney, P. Jarrett Cline now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Hunt require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: September 29, 2026

Respectfully Submitted,

s/ P. Jarrett Cline
P. JARRETT CLINE
Attorney for Sean Hunt

**ORDER**

Having reviewed the notice and found that attorney P. Jarrett Cline has completed the services for which he was appointed, the Court hereby grants attorney P. Jarrett Cline's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Sean Hunt
320 First Street, NW
Washington, DC 20534

IT IS SO ORDERED.

Dated: _September 30, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE